# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## DEFAULT JUDGMENT IN A CIVIL CASE

**Joe Hand Promotions, Inc.**
    Plaintiff
  vs.                                                  **CASE NUMBER: 1:13-CV-300 (NAM/CFH)**

**Duke Bazzel Tobacco & Lounge LLC**
d/b/a Duke Bazzel Tob & Lounge, LLC,
d/b/a Duke Bazzel Tobacco & Lounge,
d/b/a Duke Bazzel, **BRIAN VROOMAN,**
a/k/a Brian R. Vrooman, and a/k/a Brian R. Urdoman
    Defendants

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That plaintiff's Motion for Default Judgment is GRANTED as to Duke Bazzel Tobacco & Lounge LLC and Brian Vrooman, plaintiff is awarded the sum of $3,000.00, representing $1,000.00 in statutory damages, plus $2,000.00 in enhanced damages. Judgment in entered in favor of the Joe Hand Promotions, Inc. and this case is closed.

All of the above pursuant to the order of the Honorable Judge Norman A. Mordue, dated the 16th day of June, 2014.

DATED: June 16, 2014

*[signature]*
Clerk of Court

s/ Joanne Bleskoski
_____
Deputy Clerk